# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROMILSON BATISTA FERREIRA,

    Petitioner,

v.

TODD LYONS, Acting Field Office Director
U.S. Immigration and Customs Enforcement,
*et al.*,

    Respondents.

No. 1:19-cv-10258

## RESPONDENTS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY

Pursuant to L.R. 7.1(b)(3), Respondents move this Court for leave to file a reply in further support of their motion to dismiss. *See* ECF No. 10. Petitioner, for the first time in his opposition brief, alleges that Respondents violated the Post Order Custody Review regulations in 8 C.F.R. § 241.4 and, by extension, his due process rights under the Fifth Amendment. Respondents now request leave to file a reply to address Petitioner's new claim and other arguments Petitioner presents in his opposition. Respondents have attached their reply brief as an exhibit to this motion. Assuming this Court grants Respondents' motion, Respondents request this Court deem their reply in support of the motion to dismiss as properly filed.

Allowed.
 /s/ Wolf, D.J.
 March 18, 2019