UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROMILSON BATISTA FERREIRA,<br><br>Petitioner,<br><br>v.<br><br>MARCUS CHARLES, Acting Field Office Director U.S. Immigration and Customs Enforcement, et al.,[1]<br><br>Respondents. | No. 1:19-cv-10258 |

## RESPONDENTS' MOTION TO RECONSIDER FEBRUARY 11, 2019 ORDER

On February 11, 2019, Petitioner, Romilson Batista Ferreira, filed a Petition for Writ of Habeas Corpus alleging that Respondents have unlawfully detained him and are attempting to remove him despite his alleged eligibility to pursue a provisional unlawful presence waiver. *See* ECF No. 1. That same day, this Court ordered that Petitioner "not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case," but allowed reconsideration of this requirement upon motion by either party. ECF No. 3. Respondents now respectfully move for reconsideration of this requirement so that Respondents may effectuate Petitioner's removal from the United States.[2]

On May 16, 2019, this Court ruled on issues and motions pending in *Jimenez v. Nielsen*, 1:18-cv-10225 (D. Mass. 2018), that affect the merits of Petitioner's habeas petition. Specifically,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Marcus Charles, Acting Field Office Director, is automatically substituted as a respondent in this action in place of former Acting Field Office Director, Todd Lyons.

[2] Petitioner is still detained pursuant to 8 U.S.C. § 1231(a)(6).

*[Handwritten note:]* ↱ respond to this motion.

*[Handwritten order:]* Petitioner shall, by June 6, 2019. Any reply shall be filed by June 14, 2019.
W/o U, D.J.   May 30, 2019