UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROMILSON BATISTA FERREIRA,<br>    Petitioner,<br><br>v.<br><br>TODD LYONS, KIRSTJEN NIELSEN,<br>MATTHEW G. WHITAKER, YOLANDA<br>SMITH, AND STEVEN W.<br>TOMPKINS,<br>    Respondents. | C.A. No. 19-10258-MLW |

## ORDER

WOLF, D.J.                                                    August 30, 2019

The court has reviewed respondents' Motion for Reconsideration (Docket No. 17) and Motion to Dismiss (Docket No. 10), and petitioner Romilson Batista Ferreira's responses to those motions. The motions involve issues that the court addressed in June 2019 in <u>Calderon</u>, 18-cv-10225. The court finds that additional information is required before the motions can be decided.

Therefore, it is hereby ORDERED that:

1. Respondents shall, by September 17, 2019, file an affidavit of Marcos Charles, Acting Field Office Director for the Boston Field Office of the Office of Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement ("Boston ICE-ERO"), addressing how Boston ICE-ERO considered the factors mentioned in the Declaration of Acting Deputy Field Office Director Alan Greenbaum (Docket No. 11), and/or any other factors included


in the spreadsheet of detained class members that respondents have been ordered to provide petitioners in the Calderon litigation (C.A. No. 18-10225, Docket No. 340 at ¶¶2, 5), before deciding to effectuate petitioner's order of removal; and who made the decision to effectuate petitioner's removal.

2. Petitioner shall, by September 17, 2019, file a memorandum addressing the implications, if any, of his pending motions before the First Circuit and Board of Immigration Appeals, see Docket No. 12 at 9-10, for respondents' Motion for Reconsideration. In addition, petitioner shall state whether Count 4 of the Complaint concerning his "Notice to Appear" has any implications for the Motion for Reconsideration.

          /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE