UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROMILSON BATISTA FERREIRA,<br>    Petitioner,<br><br>v.<br><br>TODD LYONS, KIRSTJEN NIELSEN,<br>MATTHEW G. WHITAKER, YOLANDA<br>SMITH, AND STEVEN W.<br>TOMPKINS,<br>    Respondents. | )<br>)<br>)<br>)  C.A. No. 19-10258-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                October 24, 2019

The parties' October 21, 2019 Joint Status Report in the associated case of Calderon v. McAleenan, 18-cv-10225, indicates that the parties have reached an agreement regarding the release of detainee Romilson Batista-Ferreira. See Docket No. 416. In Respondents' October 17, 2019 Status Report, Respondents indicated that ICE would agree to the interim release of Ferreira if, among other conditions, Ferreira would agree to withdraw his pending habeas petition before this court. See Docket No. 408 at 2.

In view of the foregoing, it is hereby ORDERED that Ferreira shall, by October 31, 2019, report whether he has in fact agreed to withdraw his habeas petition and, if so, file a motion to withdraw the habeas petition and dismiss this case.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE